```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 09469
   BEATRICE GLOVER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3440

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/10/2004 and was confirmed 06/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/13/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSEC W/INTER    7163.95        710.89       7163.95
CAPITAL ONE BANK           FILED LATE       1558.89           .00           .00
MERRICK BANK               UNSEC W/INTER    1332.78        132.27       1332.78
CAPITAL ONE BANK           UNSEC W/INTER     784.47         77.92        784.47
ACTION CARD                UNSEC W/INTER NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    1603.38        159.09       1603.38
CITIBANK NA                NOTICE ONLY   NOT FILED            .00           .00
CAPITAL ONE BANK           UNSEC W/INTER     581.90         58.59        581.90
ST CATHERINE HOSPITAL      UNSEC W/INTER     840.00         84.12        840.00
ARSHAD P MALIK             UNSEC W/INTER NOT FILED            .00           .00
CITIBANK NA                UNSEC W/INTER NOT FILED            .00           .00
NATIONAL FINANCIAL SYSTE   UNSEC W/INTER NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    1614.33        160.21       1614.33
AMERICAN GENERAL FINANCE   UNSEC W/INTER    3622.40        402.67       3622.40
TARGET                     UNSEC W/INTER NOT FILED            .00           .00
PRO SE DEBTOR              DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                     1,234.03
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE               20,563.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       17,543.21
    INTEREST                                     1,785.76
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,234.03
DEBTOR REFUND                                         .00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 09469 BEATRICE GLOVER
```

```
                                ---------------        ---------------
TOTALS                             20,563.00              20,563.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 02/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```